IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00139-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAURUS PT140 G2 HANDGUN, BOND ARMS BOND GIRL MINI DERRINGER, RUGER SR40C HANDGUN, AND ROCK ISLAND ARMORY VRBP 100 SHOTGUN, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the United States' Motion for Default Judgement of Forfeiture as to the four firearms sought to be forfeited in this action (Doc. No. 7). The Court has carefully considered this motion, the government's brief and the relevant portions of the record. Further, despite notice to all persons who might reasonably have a claim to the firearms, there has been no claim asserted nor has any response been filed to the Complaint or the present motion. Default was entered in this action on July 15, 2022 (Doc. No. 6); accordingly, all well-pleaded allegations of fact in the Complaint are deemed to have been admitted. *See Ryan v. Homecomings Fin. Network*, 253 F.3d 778, 780 (4th Cir. 2011); *see also* Fed. R. Civ. P. 8(b)(6) ("An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied"). Therefore, the Court finds that the government has established by a preponderance of the evidence that the defendant property is subject to forfeiture. *See* 18 U.S.C. § 983(c)(1).

1

**ORDER**

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's Motion for Default Judgment (Doc. No. 7) is **GRANTED;**

2. A Judgment of Forfeiture is hereby entered as to the Taurus PT140 G2 handgun (.40 caliber, bearing serial number SIW80483), the Ruger SR40C handgun (.40 caliber, bearing serial number 343-94674), the Bond Arms Bond Girl Mini Derringer (.357 caliber, bearing serial number 101218) and the Rock Island Armory VRBP 100 shotgun (bearing serial number R051812) identified in the verified Complaint; and

3. The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: October 3, 2022

Kenneth D. Bell
United States District Judge